**ROGERS v. LUMBEE RIVER ELECTRIC MEMBERSHIP CORP.**

[336 N.C. 308 (1994)]

ELIAS ROGERS AND ALTON DUDLEY v. LUMBEE RIVER ELECTRIC MEMBERSHIP CORPORATION, INC.

No. 440PA93

(Filed 6 May 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 112 N.C. App. 365, 435 S.E.2d 582 (1993), reversing and remanding the judgment and order entered by Thompson, J., on 31 January 1992 in Superior Court, Robeson County. Heard in the Supreme Court 13 April 1994.

*Barry Nakell for plaintiff-appellees.*

*Smith, Ruff and Schroeder, by Thomas E. Schroeder and W. Britton Smith, Jr.; and Locklear, Jacobs & Sutton, by Arlie Jacobs, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.